652 A.2d 282

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Donna CONLEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 17, 1994.

Decided Dec. 29, 1994.

Eliot D. Moskowitz, Philadelphia, for D. Conley.

John W. Packel, Philadelphia, for amicus, Phila. Defender Assoc.

248

Catherine Marshall, Ronald Eisenberg, and Hugh J. Burns, Philadelphia, for the Com.

Stuart Suss, West Chester, for amicus, Pa. D.A. Assoc.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

AND NOW, this 29th day of December, 1994, the order of the Superior Court, 425 Pa.Super. 642, 620 A.2d 536, is reversed, and the case is remanded for resentencing. *See Commonwealth v. Williams,* 539 Pa. 249, 652 A.2d 283 No. 40 Eastern District Appeal Docket 1994, Pa., filed *eo die; Commonwealth v. Dickerson,* 533 Pa. 294, 621 A.2d 990 (1993).

MONTEMURO, J., is sitting by designation.